**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-30539

JERRY E. GUNN, ETC., ET AL.,

                                   Plaintiffs - Appellants - Cross-Appellees,

versus

HARKEN ENERGY CORP., ET AL,

                                   Defendants - Appellees - Cross-Appellants.

Appeal from the United States District Court
for the Western District of Louisiana

(93-CV-1821)

July 11, 1997

Before POLITZ, Chief Judge, HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

        This matter is before us on the appeal by the plaintiffs and cross-appeal by

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the defendants of the judgment of the district court following a bench trial. After considering the briefs, oral arguments of counsel, and pertinent parts of the record, we conclude that on the basis of the findings, conclusions, authorities cited, and analysis made by the district court in its comprehensive and scholarly Findings of Fact and Conclusions of Law rendered February 5, 1996 and filed February 6, 1996, the judgment appealed should be and is AFFIRMED.